GARY M. RESTAINO
United States Attorney
District of Arizona

THOMAS SIMON
Assistant United States Attorney
Arizona State Bar No. 03857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 24 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Keanu Rudy Dude,<br><br>　　　　　Defendant. | No.　CR-24-1579-PHX-DJH (ASB)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 1153 and 81<br>　　　(CIR-Arson)<br>　　　Count 1<br><br>　　　18 U.S.C. §§ 1363 and 13<br>　　　(Malicious Mischief)<br>　　　Count 2<br><br>　　　18 U.S.C. § 844(i)<br>　　　(Malicious Use of Fire)<br>　　　Count 3 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about July 10, 2024, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, the defendant, KEANU RUDY DUDE, an Indian, did willfully and maliciously set fire to and burn and attempt to set fire to and burn the following dwellings:

1. GPS location 33.35361, -110.44856, White Mtn Avenue, 7-Mile Wash, San Carlos;
2. GPS location 33.35321, -110.44894, White Mtn Avenue; 7-Mile Wash, San Carlos;
3. GPS location H3: 33.35301, -110.44969, S4: 33.35276, -110.44982, White Mtn Avenue, 7-Mile Wash San Carlos;
4. GPS location, H4: 33.35253, -110.44962, S5: 33.35233, -110.44963 White Mtn Avenue, 7-Mile Wash, San Carlos;
5. GPS location, H5: 33.35244, -110.44948, White Mtn Avenue, 7-Mile Wash San Carlos;
6. GPS location, H6: 33.35250, -110.44921, 7-Mile Wash, White Mtn, Avenue, 7-Mile Wash San Carlos;
7. GPS location, H7: 33.32500, -110.44214, Again Bridge Rd, Peridot Siding, Peridot;
8. GPS location, H8: 33.32434, -110.44280, Again Bridge Rd, Peridot Siding, Peridot;
9. GPS location, H9: 33.32434, -11044299, Again Bridge Rd, Peridot Siding, Peridot;
10. GPS location, H10: 33.32386, -110.44298, Again Bridge Rd, Peridot Siding, Peridot;
11. GPS location, H11:33.32374, -11044284, S8: 33.3271, -110.44302, S9: 33.32358, -1104429, Again Bridge Rd, Peridot Siding, Peridot;
12. GPS location, H12: 33.32261, -110.44359, Again Bridge Rd, Peridot Siding, Peridot;
13. GPS location, H13: 33.32053, -110.43925, Peridot Siding Rd, Peridot;
14. GPS location, H14: 33.31989, -110.43952, Peridot Siding Rd, Peridot;
15. GPS location, H15: 33.32024, -110.43809, Blue Stone Dr. Peridot Siding, Peridot;
16. GPS location, H16: 33.31947, -110.43827, Blue Stone Dr., Peridot Siding, Peridot;
17. GPS location, H17: 33.31930, -110.43835, Blue Stone Dr., Peridot Siding, Peridot;
18. GPS location, H18: 33.31934, -110.43835, Blue Stone Dr., Peridot Siding, Peridot;
19. GPS location, H19:33.31931, -110.43813, Blue Stone Dr., Peridot Siding, Peridot;
20. GPS location, H20: 33.31948, -110.43813, Blue Stone Dr., Peridot Siding, Peridot;
21. GPS location, H21: 33.31934, -11043767, Blue Stone Dr., Peridot Siding, Peridot.

In violation of Title 18, United States Code, Sections 1153 and 81.

## COUNT 2

On or about July 10, 2024, in the District of Arizona, at a place within the special maritime and territorial jurisdiction of the United States, that is, the San Carlos Apache Indian Reservation, Indian Country, the defendant, KEANU RUDY DUDE, willfully and maliciously destroyed and injured and attempted to destroy and injure, real and personal property of the San Carlos Apache Indian Tribe.

In violation of Title 18, United States Code, Section 1363 and 13.

## COUNT 3

On or about July 10, 2024, in the District of Arizona, the defendant, KEANU RUDY DUDE, maliciously damaged and destroyed and attempted to damage and destroy, by means of fire, real and personal property of the San Carlos Apache Indian Tribe used in interstate commerce and used in an activity affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: September 24, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/*
THOMAS SIMON
Assistant U.S. Attorney