# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Keanu Rudy Dude,<br><br>    Defendant. | No. CR-24-01579-001-PHX-SHD<br><br>**ORDER CONTINUING TRIAL**<br><br>**(3rd Request)** |

On motion of Defendant Keanu Rudy Dude, there being no objection, and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendant's Motion to Continue Trial and Extend Pretrial Motions Deadline, (Doc. 19), for the reasons stated in Defendant's motion, including that counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FURTHER ORDERED** that the Jury Trial presently set for August 5, 2025, is continued to **Tuesday, October 7, 2025, at 9:00 a.m.**, and the deadline for filing pretrial motions is extended to **September 5, 2025**.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under Title 18 U.S.C § 3161(h)(7)(B)(iv) from August 6, 2025, to October 7, 2025.

Dated this 7th day of July, 2025.

_____
Honorable Sharad H. Desai
United States District Judge